(106 So. 894)

### GARDNER v. STATE.   (3 Div. 511.)

(Court of Appeals of Alabama.   Jan. 12, 1926.)

**1. Criminal law ⬚308—Defendant presumed innocent until his guilt established beyond reasonable doubt.**

Defendant in criminal prosecution is presumed to be innocent until his guilt is established by competent evidence beyond a reasonable doubt.

**2. Intoxicating liquors ⬚238(2)—Evidence as to possessing still held insufficient to go to jury.**

In prosecution for possessing still, evidence that still was found about 300 yards from defendant's house on land not in his possession *held* insufficient to go to jury.

Appeal from Circuit Court, Lowndes County;  A. E. Gamble, Judge.

James Gardner was convicted of possessing a still, and he appeals.   Reversed and remanded.

R. L. Goldsmith, of Hayneville, for appellant.

Counsel argues for error in refusal of the affirmative charge, but without citing authorities.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J.   [1, 2] The sheriff found a still located in a ditch or gully, surrounded by some scrub oaks, and about 300 yards from defendant's house. The landlord, being examined by the state, testified that defendant was not in possession of the land where the still was found. No connection between the still and defendant is shown. The defendant is presumed to be innocent until his guilt is established by competent evidence beyond a reasonable doubt. The state in this case has not met the burden of proof. The defendant was entitled to the affirmative charge, and for the error in refusing this charge the judgment is reversed and the cause is remanded.

Reversed and remanded.